DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Counsel Designated for Service
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES BOB JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JAMES BOB JACKSON,<br><br>        Defendant. | No. Cr. F 03-5054 OWW<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>**RETROACTIVE CRACK COCAINE REDUCTION CASE** |

    Defendant, JAMES BOB JACKSON, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney DAWRENCE RICE, hereby stipulate as follows:

    1.   Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

    2.   The sentencing range applicable to Mr. Jackson was subsequently lowered by the United States Sentencing Commission in Amendment 706 by two levels;

3.    Accordingly, Mr. Jackson's adjusted offense level has been reduced from 31 to 29, and a sentence at the mandatory minimum term would be 120 months;

4.    Mr. Jackson merits a reduction in his sentence based on the factors listed in 18 U.S.C. § 3553(a), as well as considerations of public safety and Mr. Jackson's positive post-sentencing conduct;

5.    Accordingly, the parties request the court to enter the order lodged herewith reducing Mr. Jackson's term of imprisonment to term of 120 months.

Dated:  June 30, 2008

Respectfully submitted,

| McGREGOR SCOTT | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |

| /s/ *Dawrence Rice* | /s/ *David M. Porter* |
| DAWRENCE RICE | DAVID M. PORTER |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for Plaintiff | Attorney for Movant |
| UNITED STATES OF AMERICA | JAMES BOB JACKSON |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

On October 14, 2003, this Court sentenced Mr. Jackson to a term of imprisonment of 135 months.  The parties agree, and the Court finds, that Mr. Jackson is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 31 to 29.

IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced to term of 120 months;

IT IS FURTHER ORDERED that all other terms and provisions of the

STIPULATED MOTION and ORDER TO REDUCE SENTENCE

-2-

original judgment remain in effect.

    Unless otherwise ordered, Mr. Jackson shall report to the United States Probation office closest to the release destination within seventy-two hours after his release.

IT IS SO ORDERED.

**Dated:   July 1, 2008**              /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE