# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JAMES BOB JACKSON | ) | Case No: 1:03-CR-05054 OWW |
| | ) | USM No: 61098-097 |
| Date of Previous Judgment: 10/21/2003 | ) | David Porter |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __135__ months **is reduced to** __120__ months .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: 31 | | Amended Offense Level: 29 | |
| Criminal History Category: III | | Criminal History Category: III | |
| Previous Guideline Range: 135 to 168 months | | Amended Guideline Range: 120 to 135 months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X  The reduced sentence is within the amended guideline range.

☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐  Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __10/21/2003__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 07/03/2008                               /s/ OLIVER W. WANGER
                                                                    Judge's signature

Effective Date: _____                OLIVER W. WANGER, US DISTRICT JUDGE
             (if different from order date)                Printed name and title