JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone:  (559) 497-6132
Facsimile:   (559) 579-1306

Attorney for Defendant,
JAMES BOB JACKSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )   Case No.  1: 03-CR-05054 AWI
                                  )
        Plaintiff,                )   [PROPOSED] ORDER FOR EARLY
                                  )   TERMINATION OF SUPERVISED
        v.                        )   RELEASE
                                  )
JAMES BOB JACKSON,                )
                                  )
        Defendant.                )
                                  )

   Defendant, JAMES BOB JACKSON's Motion for Early Termination of Supervised Release came on regularly for hearing before the Honorable Anthony W. Ishii, Senior United States District Judge on December 16, 2013.

   After consideration of the defendant's motion and the arguments of counsel, the Court agrees that there is no need for continued supervision of James Jackson. The Court hereby grants the defendant's Motion For Early Termination of Supervised Release.

   IT IS HEREBY ORDERED that the 60-month term of Supervised Release imposed on JAMES BOB JACKSON on October 14, 2003 is terminated.

**IT IS SO ORDERED**.

Dated:  12-16-13

UNITED STATES DISTRICT JUDGE

1